# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | CIVIL ACTION NO. 1:10-CV-0883 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JEFFREY BEARD**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 9th day of February, 2011, upon consideration of plaintiff's second amended complaint (Doc. 45), it is hereby ORDERED that:

1. The Clerk of Court is directed to TERMINATE defendants Beard, Barnacle, Varner, Valociak, Taggart, Horner, Reading, Alvarez, Southers.

2. The Clerk of Court is further directed to FORWARD the second amended complaint to counsel for defendants Spieles, Junes, Eger, Chambers, Smeal, Novisky, Palakovich, Goss, Jones, Warner, Moore, Hubert, Phelps, Bankes, Brant and Houser.

3. Defendants shall respond to the second amended complaint in accordance with the Federal Rules of Civil Procedure.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge