# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | **CIVIL ACTION NO. 1:10-CV-0883** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JEFFREY BEARD**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of April, 2012, upon consideration plaintiff's motion for a preliminary injunction (Doc. 84), in which he seeks to enjoin Tadd Bickell, the Superintendent at the State Correctional Institution at Huntingdon[1], and a non-party, from destroying his legal property relating to the instant civil action, and it appearing that plaintiff concedes that this Court lacks jurisdiction because he "[c]an not challenge defendants' allegations that Hagan can not request a preliminary injunction against a non-party" (Doc. 97, at 1) (see Elliott v. Kiesewetter, 98 F.3d 47, 56 (3d Cir. 1996) (finding that "[a] non-party cannot be bound by the terms of an injunction unless the non-party is found to be acting 'in

---

[1] Plaintiff brings this civil rights action against present and former State Correctional Institution at Camp Hill Special Management Unit staff. (Doc. 45 at 1-2.)

active concert or participation' with the party against whom injunctive relief is sought.  Fed. R. Civ. P. 65(d)'"), it is hereby ORDERED that the motion (Doc. 84) is DENIED.

                                               S/ Christopher C. Conner
                                               CHRISTOPHER C. CONNER
                                               United States District Judge