# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | CIVIL ACTION NO. 1:10-CV-0883 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JEFFREY BEARD**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 9th day of May, 2012, upon consideration of various motions filed by the parties, it is hereby ORDERED that:

1. Defendants' motion (Doc. 90) for an extension of time to file a brief and documents in opposition to plaintiff's motion for a preliminary injunction is DENIED as moot based on the denial of plaintiff's motion for a preliminary injunction (Doc. 101).

2. Defendants' motion (Doc. 91) to reset pretrial deadlines and plaintiff's motion (Doc. 93) for an extension of time to complete discovery are DENIED as moot based on the Amended Scheduling Order (Doc. 100) issued on April 11, 2012.

3. Defendants' motion (Doc. 106) for leave to file a reply brief one day out of time is GRANTED. The reply brief filed on May 1, 2012 (Doc. 105) is DEEMED timely.

4. Plaintiff's motion for appointment of counsel (Doc. 107) is DENIED because the resolution of plaintiff's claims neither implicates complex legal or factual issues nor requires factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel). To the extent that plaintiff raises concerns about meeting the discovery and

dispositive motions deadlines set forth in the Scheduling Order (Doc. 82), the deadlines were recently extended to afford the parties an additional sixty days (Doc. 100).

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge