# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | CIVIL ACTION NO. 1:10-CV-0883 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JEFFREY BEARD, et al.,** | : | |
| **Defendants,** | : | |

## ORDER

AND NOW, this 29th day of January, 2013, upon consideration of defendants' motion for partial summary judgment (Doc. 126) filed on behalf of defendants Robert Eger ("Eger"), Jason Brant "(Brant"), and Mark Spieles ("Spieles"), in which they seek an entry of judgment on plaintiff's claim that defendants Eger and Spieles interfered with plaintiff's criminal case in retaliation for his filing grievances and complaints, and his claim that he was subject to retaliation by defendant Brant's harassment (Doc. 128, at 2), and upon further consideration of plaintiff's "Stipulation" (Doc. 135) in which he "stipulates that defendants' Robert Eger, Jason Brant, and Mark Spieles motion (Partial) for summary judgment be granted," it is hereby ORDERED that:

1. Defendants' motion for partial summary judgment (Doc. 126) is DEEMED unopposed and GRANTED.

2. Entry of Judgment on these retaliations claim is DEFERRED pending final resolution of this matter.

3. The excessive force claim against defendants Spieles, Hubert, Jones, and Bankes, and the conspiracy claim against defendants Warner,

Chamber, Houser, Goss, and Spieles will proceed to trial.

4. A scheduling order will follow.

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge